

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2021

No. 04-20-00116-CR

Anton Jamail **HARRIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR3427
Honorable Frank J. Castro, Judge Presiding

## O R D E R

    Appellee's motion for an extension of time to file its brief is GRANTED. Appellee's brief is due on or before **April 28, 2021**.

_Irene Rios_
Irene Rios, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court